UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff-Appellee, <br><br> ORANGE COUNTY BOARD OF EDUCATION and ORANGE COUNTY BOARD OF EDUCATION MEMBERS KEN WILLIAMS, MARI BARKE, LISA SPARKS, JOHN BEDELL, REBECCA GOMEZ, IN THEIR OFFICIAL REPRESENTATIVE CAPACITIES, <br><br> Intervenors-Pending, <br><br> v. <br><br> CHINO VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; et al., <br><br> Defendants-Appellants. | No. 16-55425 <br><br> D.C. No. 5:14-cv-02336-JGB-DTB Central District of California, Riverside <br><br> ORDER |

Before: McKEOWN and WARDLAW, Circuit Judges, and DANIEL,[*] District Judge.

The motion to intervene, Dkt. 76, is denied. Freedom From Religion Foundation, Inc.'s request for sanctions, Dkt. 84-1, is denied, and its motion to strike, Dkt. 84-2, is denied as moot.

---

[*] The Honorable Wiley Y. Daniel, United States District Judge for the U.S. District Court for Colorado, sitting by designation.